1  CALVIN E. DAVIS (SBN: 101640)
    cdavis@gordonrees.com
2  GORDON & REES LLP
    633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
    Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
    SYNERGY HOMECARE FRANCHISING, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Han, an individual, Alice Lai-Bitker, an individual, Veris Eastbay Homecare, Inc., a California corporation,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Synergy Homecare Franchising, LLC, an Arizona limited liability company,<br><br>                    Defendant. | CASE NO. 4:16-cv-03759-KAW<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE DEFENDANT'S DEADLINE TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

WHEREAS on January 13, 2017, plaintiffs John Han, Alice Lai-Bitker, and Veris Eastbay Homecare, Inc. (collectively, "Plaintiffs") filed a Motion for Leave to Amend the Complaint in the above-captioned matter;

WHEREAS Plaintiffs' Motion for Leave to Amend the Complaint is currently scheduled to be heard on March 2, 2017;

WHEREAS Defendant SYNERGY HomeCare Franchising, LLC's ("Defendant") deadline to file an Opposition to Plaintiff's Motion for Leave to Amend the Complaint is currently January 27, 2017;

WHEREAS the primary handling attorney for Defendant on this matter, Gary Collis, left Gordon & Rees LLP on January 24, 2017 and is no longer employed with the firm;

1  WHEREAS counsel for Plaintiff has agreed to extend the deadline for Defendant to file
2  its Opposition to Plaintiff's Motion for Leave to Amend the Complaint by one week, up to and
3  including February 3, 2017;
4  IT IS STIPULATED that Defendant's deadline to file its Opposition to Plaintiff's Motion
5  for Leave to Amend the Complaint is continued to February 3, 2017.

6  Dated: January 27, 2017    GORDON & REES LLP

8                By:   /s/ Calvin E. Davis
                        Calvin E. Davis
9                       Attorneys for Defendant
                        SYNERGY HOMECARE
                        FRANCHISING, LLC

11 Dated: January 27, 2017    MILESTONE LEGAL, P.C.

13               By:   /s/ Philip Milestone
                        (as authorized on 1/27/17)
14                      Philip Milestone
                        Attorneys for Plaintiffs JOHN
15                      HAN, ALICE LAI-BITKER,
                        and VERIS EASTBAY
16                          HOMECARE, INC.

18 PURSUANT TO STIPULATION, IT IS SO ORDERED:

20 Dated:  1/31  , 2017        _____
                                United States Magistrate Judge

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1122132/29622159v.1