1  CALVIN E. DAVIS (SBN: 101640)
   cdavis@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   SYNERGY HOMECARE FRANCHISING, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| John Han, an individual, Alice Lai-Bitker, an individual, Veris Eastbay Homecare, Inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Synergy Homecare Franchising, LLC, an Arizona limited liability company,<br><br>Defendant. | CASE NO. 4:16-cv-03759-KAW<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED** |
|---|---|

WHEREAS on January 13, 2017, plaintiffs John Han, Alice Lai-Bitker, and Veris Eastbay Homecare, Inc. (collectively, "Plaintiffs") filed a Motion for Leave to Amend the Complaint in the above-captioned matter;

WHEREAS Plaintiff's Motion for Leave to Amend the Complaint is currently scheduled to be heard on March 2, 2017;

WHEREAS the initial Case Management Conference ("CMC") is scheduled to take place on February 7, 2017;

WHEREAS the deadline for the parties to file their Rule 26(f) Report and Joint Case Management Conference Statement is currently January 31, 2017;

/ / /

WHEREAS counsel for the parties have met and conferred and have agreed that economy and efficiency support continuing the CMC until after the Court decides the pending Motion to Amend the Complaint;

IT IS STIPULATED that (1) the parties' deadline to file their Rule 26(f) Report and Joint Case Management Conference Statement be continued to April 4, 2017 and (2) the CMC be continued to April 11, 2017, at 1:30 p.m.

Dated:  January 27, 2017                          GORDON & REES LLP

                                              By:    /s/ Calvin E. Davis
                                                     Calvin E. Davis
                                                     Attorneys for Defendant
                                                     SYNERGY HOMECARE
                                                     FRANCHISING, LLC

Dated:  January 27, 2017                          MILESTONE LEGAL, P.C.

                                              By:    /s/ Philip Milestone
                                                     (as authorized on 1/27/17)
                                                   Philip Milestone
                                                   Attorneys for Plaintiffs JOHN
                                                   HAN, ALICE LAI-BITKER,
                                                   and VERIS EASTBAY
                                                   HOMECARE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED: AS MODIFIED

Dated:  __1/31____, 2017                          _____
                                                        United States Magistrate Judge

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1122132/29622159v.1