United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HAN, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNERGY HOMECARE FRANCHISING, LLC,<br><br>    Defendant. | Case No. 4:16-cv-03759-KAW<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT AS MOOT**<br><br>Re: Dkt. No. 44 |

On January 13, 2017, Plaintiffs filed a motion to amend the complaint in an attempt to avoid arbitration. (Pls.' Mot, Dkt. No. 44 at 2.) On February 2, 2017, the Court granted in part and denied in part Defendant's motion to compel arbitration, and stayed the case. (Dkt. No. 51.) Accordingly, Plaintiffs' motion is DENIED as MOOT.

IT IS SO ORDERED.

Dated:

                                                              KANDIS A. WESTMORE
                                                              United States Magistrate Judge