CALVIN E. DAVIS (SBN: 101640)
cdavis@grsm.com
LISA K. GARNER (SBN: 155554)
lgardner@grsm.com
ELEANOR M. WELKE (SBN: 266137)
ewelke@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
SYNERGY HOMECARE FRANCHISING, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HAN, an individual, ALICE LAI-BITKER, an individual, VERIS EASTBAY HOMECARE, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SYNERGY HOMECARE FRANCHISING, LLC, an Arizona limited liability company,<br><br>Defendant. | CASE NO. 4:16-cv-03759-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Fed. Rule of Civ. Pro. 41(a)(1)]** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

-1-
STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs JOHN HAN, ALICE LAI-BITKER and VERIS EASTBAY HOMECARE, INC. through their designated counsel, and Defendant SYNERY HOMECARE FRANCHISING, LLC through its designated counsel stipulate to dismiss the entire action with prejudice against all parties.

Dated: March 21, 2018   MILESTONE LEGAL, P.C.

By: /s/ Philip Milestone
Philip Milestone
Attorneys for Plaintiffs
JOHN HAN, ALICE LAI-BITKER and VERIS EASTBAY HOMECARE, INC.

Dated: March 21, 2018   GORDON & REES LLP

By: /s/ Lisa K. Garner
Calvin E. Davis
Lisa K. Garner
Eleanor M. Welke
Attorneys for Defendant
SYNERGY HOMECARE FRANCHISING, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __3/22_____, 2018   ___Kandis Westmore_____
United States Magistrate Judge

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 21, 2018

GORDON & REES LLP

By: /s/ Lisa K. Garner
Calvin E. Davis
Lisa K. Garner
Eleanor M. Welke
Attorneys for Defendant
SYNERGY HOMECARE
FRANCHISING, LLC

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1122132/36904358v.1